**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Damien VARGAS–PENA, also known as Domingo Alvarado–Cantu, also known as Jorge Taran–Beltran, Defendant–Appellant.**

No. 10–40572
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 9, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Damien Vargas–Pena has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vargas–Pena has filed a response, which includes a claim that counsel rendered ineffective assistance. The record is insufficiently developed to allow consideration at this time of Vargas–Pena's claim of ineffective assistance of counsel. Such claims generally "cannot be resolved on direct appeal when [they have] not been raised[1] before the district court since no opportunity existed to develop the record on the merits of the allegations." *United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006) (internal quotation marks and citation omitted). Our independent review of the record, counsel's brief, and Vargas–Pena's response discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. At his first plea colloquy hearing, Vargas–Pena made a passing remark about his counsel's effectiveness, but no record was developed on this point.

and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.